UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN MILLER, on behalf of himself and all others similarly situated

       Plaintiff,

vs.

CONSTAR FINANCIAL SERVICES, LLC
JOHN DOES 1-25

       Defendants.

Case No.: 24-cv-7944

---

### **DEFENDANT CONSTAR FINANCIAL SERVICES, LLC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Constar Financial Services, LLC ("Constar") hereby removes the subject action from the Supreme Court of the State of New York, Bronx County to the United States District Court for the Southern District of New York on the following grounds:

1. ON September 23, 2024, Plaintiff Glenn Miller instituted an action in the Supreme Court of the State of New York, Bronx County. A copy of the Complaint is attached hereto as **Exhibit A**.

2. On September 27, 2024, Constar was served and removal is timely.

3. Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331 since there is a federal question. This suit falls within the FDCPA which supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the Supreme

Court of the State of New York, Bronx County to the United States District Court for the Southern District of New York.

6.  Notice of this removal will promptly be filed with the Supreme Court of the State of New York, Bronx County and be served on all adverse parties.

7.  Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

WHEREFORE, Defendant Constar Financial Services, LLC, by counsel, removes the subject action from with the Supreme Court of the State of New York, Bronx County to the United States District Court for the Southern District of New York.

Dated: October 18, 2024

**LIPPES MATHIAS LLP**

/s Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com