

October 25, 2024

<u>VIA ECF</u>
Hon. Ronnie Abrams
U.S. District Court, Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> Application granted.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> Oct. 25, 2024

      Re:    *Miller v. Constar Financial Services, LLC* – Case No.: 24-cv-7944

Dear Judge Abrams:

We are counsel for Defendant Constar Financial Services, LLC ("Constar"). Please let this letter serve as Consta's request for a 14-day extension of time through November 8, 2024 to respond to Plaintiff's Complaint.

Currently, Constar's response to Plaintiff's Complaint is due October 25, 2024. This is Constar's first request for an extension of time. The undersigned conferred with Plaintiff's counsel regarding this request and Plaintiff consents to the request.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LIPPES MATHIAS LLP

*/s Brendan H. Little*

Brendan H. Little

BHL/bmo

Brendan H. Little  |  Partner  |  blittle@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   **Phone:** 716.853.5100   **Fax:** 716.853.5199   lippes.com

**New York:** Albany, Buffalo, Long Island, New York City, Rochester  //  **Florida:** Jacksonville  //  **Illinois:** Chicago
**Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**