UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN MILLER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CONSTAR FINANCIAL SERVICES, LLC JOHN DOES 1-25,<br><br>        Defendants. | No. 24-CV-7944 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  By email on December 4, 2024, Defendant Constar Financial Services, LLC ("Constar") advised the Court that the parties do not jointly consent to conduct all further proceedings before a magistrate judge. Accordingly, as the parties agreed at the November 22, 2024 conference, Plaintiff shall respond to Defendant Constar's Motion to Dismiss no later than December 20, 2024. Defendant Constar shall file its reply, if any, no later than January 10, 2025.

SO ORDERED.

Dated: December 5, 2024
    New York, New York

                    _____
                    Ronnie Abrams
                    United States District Judge